*Josiah Kellogg* v. *Jacob Conner et al.*   S. G. Huntington, for complainant ; J. Dikeman, Jun. for defendants.   Application for new trial of issue denied, with costs.